No. 874. E. W. CLARK & COMPANY v. AUGUSTA M. SLAYMAKER ET AL. April 14, 1924. Petition for a writ of certiorari to the Court of Appeals of Franklin County, State of Ohio, denied. *Mr. Joseph S. Clark, Mr. T. R. White* and *Mr. Talfourd P. Linn* for petitioner. *Mr. Edward C. Turner, Mr. Albert M. Calland, Mr. F. S. Monnett* and *Mr. David F. Pugh* for respondents.

No. 875. IVER OLBERS v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION ET AL. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Silas B. Axtell* for petitioner. *Mr. George H. Emerson* and *Mr. Roscoe H. Hupper* for respondents.

No. 882. RALEIGH MONROE · FALCONER v. UNITED STATES. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ivan L. Hyland* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 884. E. INGRAHAM COMPANY v. IDA SILVER, DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF IDEAL CRYSTAL & MACHINE MANUFACTURING COMPANY. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. O. Ellery Edwards* for petitioner. No appearance for respondent.

No. 885. J. L. MACDANIEL (FIRST NAME UNKNOWN) v. UNITED STATES. April 14, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth